1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NARINDER KAUR, | Case No. 1:20-cv-00249-SAB |
| Plaintiff, | ORDER ADVISING PARTIES OF LIFTING OF STAY OF ACTION |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

On February 18, 2020, Narinder Kaur ("Plaintiff") filed this action seeking judicial review of a final decision of the Commissioner of Social Security ("Commissioner") denying an application for disability benefits pursuant to the Social Security Act.  On April 14, 2020, General Order Number 615 issued staying all Social Security actions filed after February 1, 2020 until the Commissioner may begin normal operations at the Office of Appellate Hearings Operations and may resume preparation of a certified copy of the administrative record.  E.D. Cal. G.O. No. 615.  Following service of the complaint on the Commissioner, on April 21, 2020, the Court issued an order notifying the parties that pursuant to General Order Number 615, this action was stayed, and that the stay would be automatically lifted when the Commissioner files the certified copy of the administrative record.  (ECF No. 9.)  On July 16, 2020, the Commissioner filed a certified copy of the administrative record.  (ECF No. 10.)

Accordingly, the parties are HEREBY NOTIFIED that the stay of this matter has been lifted with the filing of the Administrative Record.  Further, IT IS HEREBY ORDERED that the parties shall proceed according to the scheduling guidelines contained within the scheduling order issued on March 6, 2020.  (ECF No. 5.)

IT IS SO ORDERED.

Dated:   **July 17, 2020**

UNITED STATES MAGISTRATE JUDGE