# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NARINDER KAUR,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No. 1:20-cv-00249-SAB<br><br>ORDER REQUIRING DEFENDANT TO EITHER FILE ADMINISTRATIVE RECORD IN OCR FORMAT OR SHOW CAUSE FOR FAILURE TO COMPLY WITH OCTOBER 2, 2020 ORDER<br><br>(ECF No. 14)<br><br>FIVE DAY DEADLINE |

Plaintiff Narinder Kaur filed this action seeking judicial review of a final decision of the Commissioner of Social Security ("Commissioner" or "Defendant") denying an application for disability benefits pursuant to the Social Security Act. On July 16, 2020, the administrative record was filed. On October 2, 2020, an order was filed requiring the Commissioner of Social Security to file a copy of the administrative record that complies with the scheduling order within fifteen days. (ECF No. 14.) More than fifteen days have passed and an OCR copy of the administrative record has not been filed.[1]

/ / /

/ / /

---

[1] The Court notes that a similar order issued in numerous other cases and a compliant copy of the record has been filed in all other cases. It appears that it might be an oversight that the administrative record was not filed in this case.

1

Accordingly, IT IS HEREBY ORDERED that within five (5) days of the date of entry of this order, Defendant shall either file an OCR copy of the administrative record or show cause why sanctions should not issue for the failure to comply with the October 2, 2020 order.

IT IS SO ORDERED.

Dated:   **October 20, 2020**

UNITED STATES MAGISTRATE JUDGE