# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NARINDER KAUR,<br><br>           Plaintiff,<br><br>     v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>           Defendant. | Case No.  1:20-cv-00249-SAB<br><br>ORDER RE STIPULATION TO EXTEND BRIEFING SCHEDULE<br><br>(ECF No. 17) |

On October 21, 2020, a stipulation was filed to extend the time for Plaintiff Narinder Kaur to file an opening brief in this matter.

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiff's opening brief shall be filed on or before **November 20, 2020**;

2. Defendant's opposition shall be filed on or before **December 21, 2020**; and

3. Plaintiff's reply, if any, shall be filed on or before **January 4, 2021**.

IT IS SO ORDERED.

Dated:   **October 23, 2020**

UNITED STATES MAGISTRATE JUDGE

1