UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| NARINDER KAUR,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | No. 1:20-cv-00249-SAB<br><br>ORDER RE STIPULATION A FOR A FIRST EXTENSION OF THIRTY DAYS FOR DEFENDANT'S OPPOSITION TO PLAINTIFF'S OPENING BRIEF<br><br>(ECF No. 20) |

    On December 14, 2020, a stipulation was filed to extend the time for Defendant to file an opposition to Plaintiff's opening brief. The Court finds good cause to grant the request.

    Accordingly, IT IS HEREYB ORDERED that:

    1.    Defendant shall file an opposition to Plaintiff's opening brief on or before **January 21, 2021**; and

    2.    Plaintiff's reply, if any, shall be filed on or before **February 6, 2021**.

IT IS SO ORDERED.

Dated: **December 15, 2020**

    UNITED STATES MAGISTRATE JUDGE