# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NARINDER KAUR,<br><br>       Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>       Defendant. | Case No. 1:20-cv-00249-SAB<br><br>ORDER RE STIPULATION FOR AWARD OF ATTORNEY FEES AND COSTS<br><br>(ECF No. 25) |

    Narinder Kaur ("Plaintiff") filed the complaint in this action on February 18, 2020. (ECF No. 1.) On January 21, 2021, pursuant to the parties' stipulation, the Court entered judgment in favor of Plaintiff and remanded the action for further proceedings. (ECF Nos. 22, 23, 24.) On April 6, 2021, the parties filed a stipulation for the award of attorney fees in the amount of $4,300.00 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) ("EAJA"), and costs in the amount of $400.00 pursuant to 28 U.S.C. § 1920, without prejudice to the rights of counsel to seek attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA. (ECF No. 25.)

///

///

///

///

1    Accordingly, IT IS HEREBY ORDERED that, pursuant to the stipulation of the parties, Plaintiff is awarded attorney fees pursuant to the EAJA in the amount of $4,300.00, and costs pursuant to 29 U.S.C. § 1920 in the amount of $400.00.

IT IS SO ORDERED.

Dated:   **April 7, 2021**

UNITED STATES MAGISTRATE JUDGE